,owner had not excused his default. There is no evidence in the record which shows that the appellant sustained more damages than were awarded. The award and order should be affirmed, with costs. O'Brien and Follett, JJ., concurred.

Charles A. Breck, Appellant, v. Frederick A. Ringler, Respondent.— Judgment affirmed, with costs.—
PARKER, J.: The appellant presents for review a judgment entered on a dismissal of the complaint at the close of plaintiff's case. This determination of the court seems to have been required by the decision of the Court of Appeals in this action on review of a former judgment rendered in favor of the plaintiff (129 N. Y. 656). The plaintiff has produced five additional witnesses on this

trial, and proved several facts not in evidence on the former hearing, but the matters now for the first proven, are not of such a character as entitle the plaintiff to go to the jury under the construction which has been given to the contract. The judgment should be affirmed, with costs. O'Brien and Follett, JJ., concurred.

Louis Bauer, Appellant, v. James S. Thurston, Impleaded, etc., Respondent.— Interlocutory judgment sustaining the demurrer reversed, with costs, and the demurrer overruled, with leave to answer within twenty days on payment of twenty dollars costs.

John B. Solley, Respondent, v. John B. McGeorge, Appellant.— Order affirmed, with ten dollars costs and printing disbursements.

## FIFTH DEPARTMENT, OCTOBER TERM, 1893.

Osceola Goodelle and Another, Respondents, v. Emerson J. Eddy, Appellant.— Judgment and order appealed from affirmed.

Henry Dale and Others, Respondents, v. Frank T. Gilbert, as Sheriff, etc., Appellant.— Order appealed from affirmed, with ten dollars costs and disbursements. Lewis, J., not sitting.

In the Matter of the Judicial Settlement of the Accounts of Hiram Thornton, as Trustee under the Will of Mary Morgan, Deceased.— Decree of the Surrogate's Court of Cayuga county affirmed, with costs.

Judith M. Traver, Appellant, v. Thomas O. Purdy, Impleaded, etc., Respondent.— Judgment appealed from affirmed, with costs, upon the reasons stated in the opinion of Rumsey, J., at Special Term.

Jonas Garter, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment and order appealed from affirmed on the authority of Garter v. Same (138 N. Y. 672). Lewis, J., not sitting.

William A. Hetzler, Appellant, v. Thomas C. Hodgson, as Sheriff, etc., Respondent.— Judgment and order appealed from affirmed.

Joseph C. Wilson, Appellant, v. Margaret A. Marion and Others, Respondents.— Judgment appealed from affirmed, with costs, on the opinion of the referee.

William F. Peck, Respondent, v. Josias W. Jones and Lovina L. Jones, Appellants.— Judgment appealed from affirmed, with costs.

Willard C. Tyler, as Administrator, etc., Respondent, v. Edward L. Parker, as Assignee, etc., and Others, Appellants.— Judgment appealed from modified by striking out the clause awarding execution, and, as so modified, affirmed, with costs.

Eulalia H. Meads, as Administratrix, etc., Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Order appealed from affirmed.

Richard P. McBride, Respondent, v. Frank O. Chamberlain and Charles B. Lapham, as Administrators, etc., Appellants.— Judgment appealed from affirmed.

Edwin W. Montgomery, Respondent, v. William S. Gubelmann and Alice B. V. Field, Appellants.— Judgment appealed from affirmed.

Farley W. Gray, as Administrator, etc., Respondent, v. The Town of Caneadea, Appellant.— Interlocutory judgment appealed from affirmed, with costs, but with leave to withdraw demurrer and answer over within twenty days on payment of the costs of the demurrer and of this appeal.

The Village of Nunda, Plaintiff, v. Frank J. McNeal, as Sheriff, etc., Defendant.— De-

fendant's motion for a new trial denied, with costs, and judgment ordered for the plaintiff on the verdict.

Charles B. Lapham, Respondent, v. Richard P. McBride, Appellant.— Judgment and order appealed from affirmed.

Anna Ryan, Appellant, v. Frank E. Smith, Respondent.— Judgment appealed from affirmed on the authority of Comstock v. Hopkins (61 Hun, 189).

Madge M. Harter, Respondent, v. The Town of Moravia, Appellant.— Order appealed from affirmed, with costs.

### Motions.

Timothy Sheehan v. Albert H. Pierce.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted, on the ground that a question of law is involved which ought to be reviewed by that court.

Ann Lee, Administratrix, etc., Appellant, v. John Van Voorhis and Others, Respondents.— Motion to dismiss appeal granted, unless appellant, within twenty days, restores to the depository the amount of money withdrawn by her therefrom. If such amount is restored, the motion is denied.

William Miller and Others, Respondents, v. Elijah Boyer, Appellant.— Motion to dismiss appeal denied and case struck from the calendar.

Hugh Merancy Murphy v. James W. Whitney.— Motion for reargument denied and leave to appeal to the Court of Appeals granted, on the ground that in our opinion the questions arising therein are of sufficient importance to render a decision of that court desirable before proceeding farther.

Martin Mahoney v. Julia A. Mahoney.— Motion for reargument denied.

Alexander McAndrew, Respondent, v. The Lake Shore and Michigan Southern Railroad Company, Appellant.— Motion for reargument denied, with ten dollars costs.

Allegany Lumber Company, Limited, Appellant, v. William Hoyt and Another, as Surviving Partners, Respondents.— Motion for judgment denied and case struck from the calendar.

Richard Foran v. The New York Central and Hudson River Railroad Company.— Judgment modified in accordance with the stipulation of the attorneys.

Sophia Quigley v. The City of Rochester.— Motion to dismiss appeal denied.

Joseph Van Camp v. Edward P. Searle and Others.— Motion to dismiss appeal, etc., denied.